IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AIDEN JONES                                                                    PLAINTIFF

v.                                       Case No. 4:26-cv-04030

MR. MINERS                                                                    DEFENDANT

## **ORDER**

Before the Court is a Report and Recommendation filed on April 17, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 5. Judge Singleton finds that Plaintiff has not exhausted the available state remedies prior to filing the instant petition for writ of habeas corpus. Thus, Judge Singleton recommends that the Court deny Plaintiff's petition, dismiss this habeas action without prejudice, and deny any certificate of appealability.

Plaintiff has not responded to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 5) *in toto*. Accordingly, the Court finds that Plaintiff's section 2254 habeas petition (ECF No. 1) should be and hereby is **DENIED AND DISMISSED WITHOUT PREJUDICE**. No certificate of appealability will issue.

**IT IS SO ORDERED**, this 4th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge